# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TONYA M. JOY, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. **2:20-cv-00407-NT** |
| | ) |
| HOST INTERNATIONAL INC., | ) |
| d/b/a LINDA BEAN'S MAINE LOBSTER | ) |
| CAFE | ) |
| | ) |
|        Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without attorney's fees or costs to either party, and waiving all rights of appeal.

Dated: December 26, 2022       */s/ Danielle Quinlan*

                                  Danielle Quinlan, Esq. Bar No. 5480
                                  *Attorney for Plaintiff*
                                  WHITE & QUINLAN, LLC
                                  62 Portland Road, Suite 21
                                  Kennebunk, Maine 04043
                                  (207) 502-7484
                                  *dquinlan@whiteandquinlan.com*

                                  */s/ Melinda J. Caterine*
                                  *Melinda J. Caterine (Bar No. 007129) LITTLER MENDELSON, P.C.*
                                  *One Monument Square, Suite 600 Portland, ME 04101*
                                  *Phone: 207.774.6001*
                                  *mcaterine@littler.com*
                                  *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Danielle Quinlan, hereby certify that on this 26th day of December, 2022, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: December 26, 2022                    */s/ Danielle Quinlan*

                                                    Danielle Quinlan, Esq. Bar No. 5480
                                                    *Attorney for Plaintiff*
                                                    WHITE & QUINLAN, LLC
                                                    62 Portland Road, Suite 21
                                                    Kennebunk, Maine 04043
                                                    (207) 502-7484
                                                    *dquinlan@whiteandquinlan.com*